IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIOVAIL LABORATORIES, INC. a corporation of Barbados, and TWFC, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TORPHARM, INC., a Canadian Corporation,<br><br>Defendant. | No.<br>JUDGE ANDERSEN<br>Judge<br>01C 9008<br>MAGISTRATE JUDGE BOBRICK |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs, Biovail Laboratories, Inc., and TWFC, Inc., for their complaint against TorPharm, Inc., allege as follows:

**JURISDICTION, VENUE, AND PARTIES**

1. This is an action by Biovail Laboratories, Inc. ("Biovail") and TWFC, Inc. for infringement of U.S. Patents Nos. 5,286,497, 5,439,689, and 5,470,584 under 35 U.S.C. §271(e)(2). This infringement action arises under the Patent Laws because Defendant TorPharm, Inc. ("TorPharm") has filed an Abbreviated New Drug Application ("ANDA") Number 76-151 with the Federal Food and Drug Administration ("FDA") for a generic version of Biovail's CARDIZEM® CD™ drug, which is used for treatment of certain types of heart disease and hypertension. Each of the foregoing patents is listed in the FDA's Book of Approved Drug Products with Therapeutic Equivalence Evaluations (the "Orange Book") as covering CARDIZEM® CD™. Pursuant to 21 U.S.C. §355(j)(2)(A)(vii)(IV), TorPharm has certified to the FDA that each of the foregoing

1

patents "will not be infringed by the manufacture, use, or sale of the new drug for which the [ANDA] is submitted." Under 35 U.S.C. §271(e)(2), "[i]t shall be an act of infringement to submit an [ANDA] application under [21 U.S.C. §355(j)] . . . for a drug claimed in a patent or the use of which is claimed in a patent."

2. Plaintiff Biovail Laboratories, Inc. ("Biovail") is a corporation organized and existing under the laws of Barbados and has a place of business in Carolina, Puerto Rico.

3. Plaintiff TWFC, Inc. ("TWFC") is a corporation organized and existing under the laws of Delaware, and has a principal place of business at 300 Sommerset Corporate Blvd., Bridgewater, New Jersey 08807-2854.

4. Defendant TorPharm, Inc. ("TorPharm") is a corporation organized and existing under the laws of Canada, and has a principal place of business at 50 Steinway Blvd., Toronto, Ontario, M9W 6Y3, Canada.

5. This action arises under the patent laws of the United States of America and specifically under 35 U.S.C. §271(e)(2). Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1338(a). Defendant TorPharm has a registered agent for the service of process in this District. This Court has personal jurisdiction over TorPharm and venue is proper in this Court under 28 U.S.C. §§1391(c) and 1400(b).

### BIOVAIL'S NEW DRUG APPLICATION PRODUCT – CARDIZEM® CD™

6. Prior to 1991, a predecessor in interest of TWFC filed a New Drug Application ("NDA") 020062, under which it sought and received approval from the United States Food and Drug Administration's ("FDA") to manufacture, market and sell a once-a-day formulation of a drug having the active ingredient diltiazem hydrochloride under the name CARDIZEM® CD™. TWFC's predecessors in interest have also listed

the following United States patents in the Orange Book as covering CARDIZEM® CD™: U.S. Patent Nos. 5,286,497, 5,439,689, and 5,470,584, among others. Effective On December 31, 2000, Biovail acquired all of the beneficial rights to market CARDIZEM® CD™ in the United States, including the patents listed in the Orange Book. Biovail has the right to acquire all the legal rights currently owned by TWFC to the patents listed in the Orange Book on December 31, 2001.

7. CARDIZEM® CD™ is a leading calcium channel blocker prescribed for the treatment of hypertension and angina. In the year 2000, alone, over 13,000,000 prescriptions were written for CARDIZEM® CD™ in the United States.

8. U.S. Patent No. 5,286,497 ("the '497 patent) was duly and legally issued on February 15, 1994. TFWC is the owner by assignment of all right, title and interest in the '497 patent, including the right to sue and collect damages. Biovail is the beneficial owner of the '497 patent, and will become the legal owner on or before December 31, 2001.

9. U.S. Patent No. 5,439,689 ("the '689 patent) was duly and legally issued on August 8, 1995. TFWC is the owner by assignment of all right, title and interest in the '689 patent, including the right to sue and collect damages. Biovail is the beneficial owner of the '497 patent, and will become the legal owner on or before December 31, 2001.

10. U.S. Patent No. 5,470,584 ("the '584 patent) was duly and legally issued on November 28, 1995. TFWC is the owner by assignment of all right, title and interest in the '584 patent, including the right to sue and collect damages. Biovail is the beneficial

owner of the '497 patent, and will become the legal owner on or before December 31, 2001.

### COUNT I
#### TORPHARM'S ACT OF INFRINGEMENT OF
#### THE '497 PATENT UNDER 35 U.S.C. §271(e)(2)

11. Plaintiffs incorporate paragraphs 1-10 by reference.

12. TorPharm advised Plaintiffs by a letter dated October 4, 2001, that it had filed Abbreviated New Drug Application ("ANDA") No. 76-151 to market a generic version of CARDIZEM® CD™, and that it had certified to the FDA, pursuant to 21 U.S.C. §355(j)(2)(A)(vii)(IV) (a "Paragraph IV certification"), that the '497 patent "will not be infringed by the manufacture, use, or sale of the new drug for which the application is submitted." TorPharm's letter did not provide "a detailed statement of the factual and legal basis of the applicant's opinion that the patent is not valid or will not be infringed", as is required by 21 U.S.C. §355(j)(2)(B)(i) and (ii), but alleged only in conclusory terms that its proposed ANDA product would not infringe the '497 patent. Plaintiffs received TorPharm's October 4, 2001 letter on October 10, 2001.

13. After a reasonable opportunity for further investigation or discovery, there is likely to be evidence that TorPharm has infringed the '497 patent under 35 U.S.C.§271(e)(2), by seeking approval under its ANDA No. 76-151 with a Paragraph IV certification to engage in the commercial manufacture, use, sale or offer for sale of its proposed ANDA product prior to the expiration of the '497 patent.

14. Plaintiffs are entitled to an Order that TorPharm's October 4, 2001 letter does not comply with and does not constitute the notice defined by 21 U.S.C. §355(j)(2)(B)(ii) and to the relief provided by 35 U.S.C. § 271(e)(4), including an Order that the effective

Case 1:01-cv-09008 Document 1 Filed 11/21/01 Page 5 of 10

date of the approval of ANDA 76-069 not be earlier than the expiration date of the '497 patent.

## COUNT II
### TORPHARM'S ACT OF INFRINGEMENT OF THE '689 PATENT UNDER 35 U.S.C. §271(e)(2)

15. Plaintiffs incorporate paragraphs 1-10 by reference.

16. TorPharm advised Plaintiffs by a letter dated October 4, 2001, that it had filed Abbreviated New Drug Application ("ANDA") No. 76-151 to market a generic version of CARDIZEM® CD™, and that it had certified to the FDA, pursuant to 21 U.S.C. §355(j)(2)(A)(vii)(IV) (a "Paragraph IV certification"), that the '689 patent "will not be infringed by the manufacture, use, or sale of the new drug for which the application is submitted." TorPharm's letter did not provide "a detailed statement of the factual and legal basis of the applicant's opinion that the patent is not valid or will not be infringed", as is required by 21 U.S.C. §355(j)(2)(B)(i) and (ii), but alleged only in conclusory terms that its proposed ANDA product would not infringe the '689 patent. Plaintiffs received TorPharm's October 4, 2001 letter on October 10, 2001.

17. After a reasonable opportunity for further investigation or discovery, there is likely to be evidence that TorPharm has infringed the '689 patent under 35 U.S.C.§271(e)(2), by seeking approval under its ANDA No. 76-151 with a Paragraph IV certification to engage in the commercial manufacture, use, sale or offer for sale of its proposed ANDA product prior to the expiration of the '689 patent.

18. Plaintiffs are entitled to an Order that TorPharm's October 4, 2001 letter does not comply with and does not constitute the notice defined by 21 U.S.C. §355(j)(2)(B)(ii) and to the relief provided by 35 U.S.C. § 271(e)(4), including an Order that the effective

5

date of the approval of ANDA 76-069 not be earlier than the expiration date of the '689 patent.

## COUNT III
### TORPHARM'S ACT OF INFRINGEMENT OF THE '584 PATENT UNDER 35 U.S.C. §271(e)(2)

19. Plaintiffs incorporate paragraphs 1-10 by reference.

20. TorPharm advised Plaintiffs by a letter dated October 4, 2001, that it had filed Abbreviated New Drug Application ("ANDA") No. 76-151 to market a generic version of CARDIZEM® CD™, and that it had certified to the FDA, pursuant to 21 U.S.C. §355(j)(2)(A)(vii)(IV) (a "Paragraph IV certification"), that the '584 patent "will not be infringed by the manufacture, use, or sale of the new drug for which the application is submitted." TorPharm's letter did not provide "a detailed statement of the factual and legal basis of the applicant's opinion that the patent is not valid or will not be infringed", as is required by 21 U.S.C. §355(j)(2)(B)(i) and (ii), but alleged only in conclusory terms that its proposed ANDA product would not infringe the '584 patent. Plaintiffs received TorPharm's October 4, 2001 letter on October 10, 2001.

21. After a reasonable opportunity for further investigation or discovery, there is likely to be evidence that TorPharm has infringed the '584 patent under 35 U.S.C.§271(e)(2), by seeking approval under its ANDA No. 76-151 with a Paragraph IV certification to engage in the commercial manufacture, use, sale or offer for sale of its proposed ANDA product prior to the expiration of the '584 patent.

22. Plaintiffs are entitled to an Order that TorPharm's October 4, 2001 letter does not comply with and does not constitute the notice defined by 21 U.S.C. §355(j)(2)(B)(ii) and to the relief provided by 35 U.S.C. § 271(e)(4), including an Order that the effective

date of the approval of ANDA 76-069 not be earlier than the expiration date of the '584 patent.

### RELIEF REQUESTED

**WHEREFORE**, plaintiffs pray for judgment as follows:

A. That TorPharm's October 4, 2001 communications do not comply with 21 U.S.C. § 355(j)(2)(B)(ii) and do not constitute "notice", as that term is used in 21 U.S.C. §355(j)(2)(B)(ii) and 21 U.S.C. §355(j)(5)(B)(iii);

B. That because TorPharm's October 4, 2001 communications do not comply with 21 U.S.C. § 355(j)(2)(B)(ii) and do not constitute "notice", the 30 month period set forth in 21 U.S.C. §355(j)(5)(B)(iii) has not commenced by TorPharm's October 4, 2001 letters;

C. A judgment that Torpharm has infringed one or more of valid U.S. Patent Nos. 5,286,497, 5,439,689, and 5,470,584 under 35 U.S.C. §271(e)(2);

D. That the earliest effective approval date of ANDA No. 76-151, if any, shall not be earlier than the last expiration of U.S. Patent Nos. 5,286,497, 5,439,689, or 5,470,584;

E. For an award of the costs and expenses in this action; and,

7

F. For such further and other relief as this Court may deem just and proper.

Dated: November 21, 2001

*/s/ Robert B. Breisblatt*

Eric C. Cohen
Robert B. Breisblatt
Charles R. Krikorian
WELSH & KATZ, LTD.
120 South Riverside Plaza – 22nd Floor
Chicago, Illinois 60606

Attorneys for Plaintiffs Biovail
Laboratories, Inc., and TWFC, Inc.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BIOVAIL LABORATORIES, INC., a Corporation of Barbados, and TWFC, INC., a Delaware Corporation.

## DEFENDANTS
TORPHARM, INC., a Canadian Corporation.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Canada
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAGISTRATE JUDGE BOBRICK

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Eric C. Cohen        WELSH & KATZ, LTD.
Robert B. Breisblatt  120 S. Riverside Plaza
Charles R. Krikorian  Chicago, Illinois 60606
                     (312) 655-1500

ATTORNEYS (IF KNOWN)

JUDGE ANDERSEN
01C 9008



## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 365 Personal Injury — Product Liability |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
|  |  |  | ☐ 640 R.R. & Truck |  | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 650 Airline Regs. | ☐ 820 Copyrights |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) |  | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
|  | ☐ 340 Marine | ☐ 370 Other Fraud |  | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 875 Customer Challenge 12 USC 3410 |
|  |  | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY |  |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle |  |  |  | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  |  | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
|  |  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |  |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

35 U.S.C. Section 271(e)(2)    COMPLAINT FOR PATENT INFRINGEMENT

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: November 21, 2001

SIGNATURE OF ATTORNEY OF RECORD: Robert B. Breisblatt

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

Biovail Laboratories, Inc., and TWFC, Inc.,
    Plaintiffs,
v.
TorPharm, Inc.,
    Defendant.

Case Number: **01C 9008**
JUDGE ANDERSEN
MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs Biovail Laboratories, Inc. and TWFC, Inc.

**DOCKETED NOV 23 2001**

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE *Robert B. Breisblatt* |
| NAME: Eric C. Cohen | NAME: Robert B. Breisblatt |
| FIRM: Welsh & Katz, Ltd. | FIRM: Welsh & Katz, Ltd. |
| STREET ADDRESS: 120 South Riverside Plaza - 22nd Floor | STREET ADDRESS: 120 South Riverside Plaza - 22nd Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Chicago, Illinois 60606 |
| TELEPHONE NUMBER: (312) 655-1500 | TELEPHONE NUMBER: (312) 655-1500 |
| IDENTIFICATION NUMBER: 00473685 | IDENTIFICATION NUMBER: 00287946 |
| MEMBER OF TRIAL BAR? YES ✓ NO ☐ | MEMBER OF TRIAL BAR? YES ✓ NO ☐ |
| TRIAL ATTORNEY? YES ✓ NO ☐ | TRIAL ATTORNEY? YES ✓ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME: Charles R. Krikorian | NAME: |
| FIRM: Welsh & Katz, Ltd. | FIRM: |
| STREET ADDRESS: 120 South Riverside Plaza - 22nd Floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 655-1500 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 06229638 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ✓ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✓ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |